IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al*.

Defendants.

No. CR 08-0730 WHA

**ORDER GRANTING IN PART DEFENDANT CRUZ-RAMIREZ'S MOTION FOR EXTENSION OF TIME TO FILE FRCrP 33 MOTION**

Defendant Jonathan Cruz-Ramirez requests an extension of his deadline to file a FRCrP 33 motion to September 30. This request is **GRANTED IN PART**. Defendant Cruz-Ramirez will be given a ten-day extension to file his motion. The government will correspondingly be given an additional ten days to file its response to the Cruz-Ramirez motion.

Any motion for new trial by defendant Cruz-Ramirez must be filed by **NOON ON FRIDAY, SEPTEMBER 23.** The government's response must be filed by **NOON ON MONDAY, OCTOBER 10**.\*
Any reply by Defendant Cruz-Ramirez must be filed by **NOON ON THURSDAY, OCTOBER 13**.
The parties will be notified if a hearing is necessary. No other extensions for any other counsel have been requested and none are granted by this order.

Dated: September 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

\* The Court is aware that October 10 is a court holiday. Nonetheless, the government must submit its response on or before this date and time.