IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEADLINE FOR SUBMISSION OF COMMENTS TO SUBSTANTIVE QUESTIONNAIRE** |
| LUIS HERRERA, *et al*. | |
| Defendants. / | |

Any comments by counsel to the proposed substantive juror questionnaire passed out during the September 7 proceedings must be submitted by **SEPTEMBER 23 AT NOON**. Counsel should keep in mind that the proposed questionnaire is almost identical to the questionnaire used for the April 2011 trial.

Dated: September 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE